UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------X
UNITED STATES OF AMERICA  :
                          :
    v.                    :    CRIMINAL NO. 15-cr-10037-IT
                          :
ROBERT RANG,              :
      Defendant           :
---------------------------------------------X

PROPOSED WITNESS LIST FOR MOTION TO SUPPRESS HEARING

Defendant, Robert Rang, respectfully submits this proposed witness list for the scheduled motion to suppress hearing:

1) Robert Rang

2) Catherine Rang

3) Dr. Catherine Leveroni

Dated: November 5, 2016          Respectfully submitted,
                                 By His Attorney:

                                 /s/ Eric Tennen
                                 Eric Tennen, BBO# 650542
                                 Swomley & Tennen, LLP
                                 50 Congress Street, Suite 600
                                 Boston, MA  02109
                                 Tel. 617-227-9443
                                 etennen@swomleyandtennen.com

CERTIFICATE OF SERVICE

I, Eric Tennen, certify that a copy of this motion was served on all counsel of record via ECF filing on November 5, 2016.

/s/ Eric Tennen
Eric Tennen