UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                                   )
               v.          )  CRIMINAL NO. 15-10037-IT
                                   )
ROBERT RANG,             )
           Defendant.      )

GOVERNMENT'S WITNESS LIST FOR MOTION HEARING

Now comes the United States, by its attorneys, Carmen M. Ortiz, United States Attorney,

and David G. Tobin and Anne Paruti, Assistant U.S. Attorneys, and hereby notifies the Court

that the United States anticipates calling the following witnesses at the motion hearing:

    1)  Postal Inspector Michael Connelly; and

    2)  Massachusetts State Trooper Robert Smith.

The United States reserves the right to amend this witness list up to the time of the hearing.

                      Respectfully submitted,

                      CARMEN M. ORTIZ
                      United States Attorney

                  By: /s/ David G. Tobin
                      DAVID G. TOBIN
                      ANNE PARUTI
                      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF).

                      /s/ David G. Tobin
                      DAVID G. TOBIN
                      Assistant United States Attorney

1