# Swomley & Tennen, LLP

Attorneys At Law
50 Congress Street, Suite 600
Boston, MA 02109-4075
617.227.9443 (t)     617.227.8059 (f)
www.swomleyandtennen.com

John G. Swomley*
Eric Tennen

*Also admitted in New York

Devon D. Hincapie
Rachael A. Michaud
Matthew E. Cole

January 31, 2017

*VIA EMAIL AND U.S. MAIL*

Assistant U.S. Attorney David Tobin
John Joseph Moakley US Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210

> RE:   *United States v. Robert Rang,* Docket No. 15-cr-10037-IT

Dear Attorney Tobin:

I am writing to request chain of custody evidence for the electronic devices obtained from the minor complainant by law enforcement during the investigation of the alleged incidents underlying the above-numbered Indictment. Specifically, Mr. Rang seeks chain of custody evidence for:

(1)   Ipod bearing serial number 9C843ZCY201; and

(2)   Sony Playstation bearing serial number CH062809801-CECH-2501A

If you have any questions, please contact me by telephone. Thank you in advance for your anticipated prompt attention and response to these requests.

Sincerely,

Eric Tennen

cc:   Robert Rang

1

## Eric Tennen

| | |
|---|---|
| **From:** | Eric Tennen |
| **Sent:** | Wednesday, March 15, 2017 2:54 PM |
| **To:** | 'Tobin, David (USAMA)' |
| **Subject:** | RE: Discovery on Rang |

Thank you for this. In looking through the chain of custody document, it is just an e-mail from Agent Connolly to you. I was seeking the actual, internal chain of custody document that most labs have. What you sent tracks the chain of custody from other documents you have provided. So can you confirm if there is an actual document that tracks the chain of custody? If so, I would like that. If not, then I would just like to know.

Also, I would like the same information, chain of custody, for the new discovery you provided re: Rang's sony playstations.

Thank you.

Eric Tennen
Swomley & Tennen, LLP
50 Congress Street, Suite 600
Boston, MA 02109
617-227-9443 (o)
617-227-8059 (f)
www.swomleyandtennen.com

Confidentiality Notice:
This communication (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is intended only for the person or entity to which it is addressed. Additionally, this communication may be protected by attorney-client privilege and/or the attorney work-product doctrine and is intended for the personal and confidential use of the recipient named above. Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is strictly prohibited. If you are not the intended recipient or their authorized agent, or have received this communication in error, please contact the sender, permanently delete the original message and any attachments from your system, and destroy all copies of the original message and attachments.

**From:** Tobin, David (USAMA) [mailto:David.Tobin@usdoj.gov]
**Sent:** Thursday, February 23, 2017 2:35 PM
**To:** Eric Tennen <etennen@swomleyandtennen.com>
**Subject:** FW: Discovery on Rang

Hi Eric:

     Enclosed please find discovery bates pages 980 through 993 in US v. Robert Rang.  The materials include the chain of custody documents you requested in your last letter.  Today, I will mail you a CD containing the forensics done on the victims video game system.  Thanks you.

Dave Tobin