UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 15-10037-IT |
| | ) |
| ROBERT RANG, | ) |
| Defendant. | ) |

GOVERNMENT'S TRIAL EXHIBIT LIST

Now comes the United States, by its attorneys, William D. Weinreb, Acting United States Attorney, and David G. Tobin and Anne Paruti, Assistant U.S. Attorneys, and hereby notifies the Court that the United States anticipates introducing the following exhibits at the trial in this matter:

1 Victim iPod

2.1 Victim iPod Extraction Report Contacts

2.2 Victim iPod Extraction Report Images

2.3 Victim iPod Extraction Report Installed Applications

2.4 Victim iPod Extraction Report User Accounts

2.5 Victim iPod Extraction Report Deleted Instant Messages

2.6 Victim iPod Extraction Report Instant Messages

2.7 Victim iPod Extraction Report Web History

3.1 Victim PS3 User

3.2 Victim PS3 Setting Photo 1

3.3 Victim PS3 Setting Photo 2

3.4 Victim PS3 Message Photo 1

3.5 Victim PS3 Message Photo 2

3.6 Victim PS3 Message Photo 3

3.7 Victim PS3 Message Photo 4

3.8 Victim PS3 Message Photo 5

3.9 Victim PS3 Message Photo 6

3.10 Victim PS3 Message Photo 7

3.11 Victim PS3 Message Photo 8

3.12 Victim PS3 Message Photo 9

3.13 Victim PS3 Message Photo 10

3.14 Victim PS3 Message Photo 11

3.15 Victim PS3 Message Photo 12

3.16 Victim PS3 Message Photo 13

3.17 Victim PS3 Message Photo 14

3.18 Victim PS3 Message Photo 15

3.19 Victim PS3 Message Photo 16

3.20 Victim PS3 Message Photo 17

3.21 Victim PS3 Message Photo 18

4.1 Letter from Rang dated 09 19 14

4.2 Letter from Rang dated 09 23 14

4.3 Letter from Rang dated 10 06 14

4.4 Letter from Rang dated 10 08 14

4.5 Letter from Rang dated 10 12 14

4.6 Letter from Rang dated 10 31 14

4.7 Letter from Rang dated 11 05 14

4.8 Letter from Rang dated 11 07 14

4.9 Letter from Rang dated 11 10 14

4.10 Letter from Rang dated 11 16 14

4.11 Letter from Rang dated 11 29 14

4.12 Letter from Rang dated 03 10 15

4.13 Letter from Rang dated 03 14 15

4.14 Letter from Rang dated 03 22 15

4.15 Letter from Rang Postmarked 04 02 15

4.16 Letter from Rang Postmarked 04 09 15

4.17 Letter from Rang Postmarked 04 14 15

5.1 Inmate Transaction Report

5.2 ITS Account Telephone Number List

6.1 Verizon Subscriber Information

6.2 Calls for 5705167927

6.3 Calls for 5704497842

7.1 Rang Home Photo 1

7.2 Rang Home Photo 2

7.3 Rang Home Photo 3

7.4 Rang Home Photo 4

7.5 Rang Home Photo 5

7.6 Rang Home Photo 6

7.7 Rang Home Photo 7

7.8 Rang Home Photo 8

8.1 Interview of Rang 12 29 14

8.2 Rang Interview Transcript

9 Rang iPhone

10.1 Rang iPhone Extraction Report Calendar items

10.2 Rang iPhone Extraction Report Contacts

10.3 Rang iPhone Extraction Report User Accounts

10.4 Rang iPhone Extraction Report Web History

10.5 Rang iPhone Extraction Report Chats

10.6 Rang iPhone Extraction Report SMS

10.7 Rang iPhone Extraction Report Images

11.1 Rang PS3 Users Photo 1

11.2 Rang PS3 Sign In Photo 1

11.3 Rang PS3 User Photo 2

11.4 Rang PS3 Sign In Photo 2

11.5 Rang PS3 User Photo 3

11.6 Rang PS3 Sign In Photo 3

11.7 Rang PS3 User Photo 4

11.8 Rang PS3 Sign In Photo 4

11.9 Rang PS3 User Photo 5

11.10 Rang PS3 Saved Data Photo 1

12 Rang Facebook Messages

13 Victim Mother Facebook Profile

14.1 Skype Authorization

14.2 Skype Chats 1

14.3 Skype Chats 2

15 Rang Documents Relevant to Prior Conviction

16 Victim PlayStation

17 Rang PlayStation

A disc of the above exhibits was provided to the defense attorney.

The United States reserves the right to amend this exhibit list.

                    Respectfully submitted,

                    WILLIAM D. WEINREB
                    Acting United States Attorney

              By: */s/ David G. Tobin*
                    DAVID G. TOBIN
                    ANNE PARUTI
                    Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                        */s/ David G. Tobin*
                        DAVID G. TOBIN
                        Assistant United States Attorney