UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------X
UNITED STATES OF AMERICA  :
                          :
            v.            :        DOCKET NO. 1:15-CR-10037-IT
                          :
ROBERT RANG,              :
            Defendant     :
-----------------------------------------------X

*DEFENDANT, ROBERT RANG'S, PROPOSED WITNESS LIST*

1.      Catherine Rang
2.      Nicole Rang
3.      Dr. Catherine Leveroni[1]
4.      Dr. Ekaterina Pivovarova[2]

Dated:  June 12, 2017                Respectfully submitted,
                                     By His Attorney,

                                     /s/ Eric Tennen
                                     Eric Tennen, BBO# 650542
                                     Swomley & Tennen, LLP
                                     50 Congress Street, Suite 600
                                     Tel. 617-227-9443
                                     etennen@swomleyandtennen.com

**Certificate of Service**

        I hereby certify that a true copy of the above document was served upon all
parties by ECF filing this 12th day of June, 2017.

                                     /s/ Eric Tennen
                                     Eric Tennen

---

[1]      Defendant has submitted a motion to admit a transcript of her prior testimony.
[2]      Defendant *only* anticipates calling this witness as a substitute, or back-up, for Dr.
Leveroni should the motion to admit a transcript of her prior testimony be denied.