United States District Court, District of Massachusetts
Released Exhibits Log for: 15cr10037
US v Rang Jury Trial, 7/6/2017

| Exhibit | Description |
| --- | --- |
| Court-1 | Jury Instructions |
| EXH-1-01 | RM iPod |
| EXH-1-02 | Consent to Search iPod |
| EXH-2-01 | RM PS3 |
| EXH-2-02 | RM PS3 User |
| EXH-2-03 | RM PS3 Setting Photo |
| EXH-2-04 | RM PS3 Message Photo 1 |
| EXH-2-05 | RM PS3 Message Photo 2 |
| EXH-2-06 | RM PS3 Message Photo 3 |
| EXH-2-07 | RM PS3 Message Photo 4 |
| EXH-2-08 | RM PS3 Message Photo 5 |
| EXH-2-09 | RM PS3 Message Photo 6 |
| EXH-2-10 | RM PS3 Message Photo 7 |
| EXH-2-11 | RM PS3 Message Photo 8 |
| EXH-2-12 | RM PS3 Message Photo 9 |
| EXH-2-13 | RM PS3 Message Photo 10 |
| EXH-2-14 | RM PS3 Message Photo 11 |
| EXH-2-15 | RM PS3 Message Photo 12 |
| EXH-2-16 | RM PS3 Message Photo 13 |
| EXH-2-17 | RM PS3 Message Photo 14 |
| EXH-2-18 | RM PS3 Message Photo 15 |
| EXH-2-19 | RM PS3 Message Photo 16 |
| EXH-2-20 | RM PS3 Message Photo 17 |
| EXH-2-21 | RM PS3 Message Photo 18 |
| EXH-2-22 | RM PS3 Web History Photo 1 |
| EXH-2-23 | RM PS3 Web History Photo 2 |
| EXH-2-24 | RM PS3 Web History Photo 3 |
| EXH-2-25 | RM PS3 Web History Photo 4 |
| EXH-2-26 | RM PS3 Web History Photo 5 |
| EXH-2-27 | RM PS3 Web History Photo 6 |
| EXH-3-01 | RM iPod Extraction Report Contacts |
| EXH-3-02 | RM iPod Extraction Report Images |
| EXH-3-03 | RM iPod Extraction Report Installed Applications |
| EXH-3-04 | RM iPod Extraction Report User Accounts |
| EXH-3-05 | RM iPod Extraction Report Deleted Instant Messages |
| EXH-3-06 | RM iPod Extraction Report Instant Messages |
| EXH-3-07 | RM iPod Extraction Report Web History |
| EXH-3-08 | RM iPod Extract Chart Text Now |
| EXH-3-09 | RM iPod Extraction Instant Message 10 28 14 |
| EXH-4-01 | Rang PS3 |

| | |
|---|---|
| EXH-4-02 | Rang PS3 Users Photo 1 |
| EXH-4-03 | Rang PS3 Sign In Photo 1 |
| EXH-4-04 | Rang PS3 User Photo 2 |
| EXH-4-05 | Rang PS3 Sign In Photo 2 |
| EXH-4-06 | Rang PS3 User Photo 3 |
| EXH-4-07 | Rang PS3 Sign In Photo 3 |
| EXH-4-08 | Rang PS3 User Photo 4 |
| EXH-4-09 | Rang PS3 Sign In Photo 4 |
| EXH-4-10 | Rang PS3 User Photo 5 |
| EXH-4-11 | Rang PS3 Saved Data Photo 1 |
| EXH-5-01 | Rang PS3 King Rang |
| EXH-5-02 | Rang PS3 King Rang Web History Photo 1 |
| EXH-6-02 | Rang Home Photo 2 |
| EXH-6-03 | Rang Home Photo 3 |
| EXH-6-04 | Rang Home Photo 4 |
| EXH-6-05 | Rang Home Photo 5 |
| EXH-7 | Interview of Rang 12 29 14 Redax |
| EXH-7-01 | MARKED FOR ID E Transcript of Rang Interview 12 29 14 |
| EXH-8 | Rang Miranda Form 12 29 14 |
| EXH-9-01 | Rang iPhone |
| EXH-9-02 | Rang iPhone Extraction Report Calendar Items |
| EXH-9-03 | Rang iPhone Extraction Report Contacts |
| EXH-9-04 | Rang iPhone Extraction Report User Accounts |
| EXH-9-05 | Rang iPhone Extraction Report Web History |
| EXH-9-06 | Rang iPhone Extraction Report SMS Messages |
| EXH-9-08 | Rang iPhone Extraction Photos |
| EXH-9-08a | A Image Shown During Interview |
| EXH-9-09 | Rang iPhone IEF Report Skype Authorization |
| EXH-9-10 | Rang iPhone Extraction Report Skype Chats |
| EXH-9-11 | Rang iPhone Extraction Report Deleted Skype Chats |
| EXH-10 | Rang Consent to Assume Online ID |
| EXH-12 | Rang Handwritten Notes |
| EXH-13-01 | Verizon Wireless Subpoena Return |
| EXH-13-02 | Verizon Subscriber Information |
| EXH-13-03 | Summary of Calls for 5705167927 |
| EXH-13-04 | Summary of Calls for 5704497842 |
| EXH-14-01 | Letter from Rang dated 09 19 14 |
| EXH-14-02 | Letter from Rang dated 09 23 14 |
| EXH-14-05 | Letter from Rang dated 10 12 14 |
| EXH-14-06 | Letter from Rang dated 10 31 14 |
| EXH-14-11 | Letter from Rang dated 11 29 14 |
| EXH-15 | ITS Account Telephone Number List |
| EXH-16 | RM Mother Facebook Profile |
| EXH-17 | RM PS3 User Photo 2 |
| EXH-18 | Stipulation of Child Pornography |

EXH-19 | Letters to Rang