Dear Judge Talwani;   15CR10037-IT   11/20/17

Hello I'm writing to inform you of four things.

1st Pertaining to my outstanding motion — It's been over 30 days- I want a decision, I understand your awaiting to see what the Prosecutor wants to do, but the allowable time the Prosecutor had to answer his %. on what he plans to do is over he had the allowable time by court rules he is obviously not forth coming with a response due to him "forgetting" or whatever other false reason he may have although I think he is simply retarded. as I said he is not forth coming so it is to be presumed he doesn't intend on fighting the motion. So I'd like an answer.

2nd - As I'm sure your aware by law I'm allowed to be present for any hearings and if this motion requires a hearing I want to be present.

3rd - as I'm aware you know, The Prosecutor was to file stating he intends to reserve his rights to fight my appeal as you can see that wasn't done yet and as you know his time-line has expired and I'd like all this noted on the docket.

4th - I'd like the Prosecutor sanctioned, The constant Intentional stalling is now obvious and I want the worst possible sanction possible "disbarment".

From;
Robert Rang

Robert Ring 92949-001
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

HARRISBURG PA 171

21 NOV 2017 PM 3 L

CSMS SCREENED

TO: Judge talwani
1 courthouse way
boston, M.A.

