To: Judge Talwani'  12/11/17

Hello, Just writting to inform you that as of today 12/11/17 I Recieved a copy of the paper to sign to appoint new councel he sent me one copy so now I signed it and am sending it back today but I was suppose to have 3 copies so as to send to the others but I only recieved one so I'm letting it known I'm sending the original to my attorney and asking him to make copies and send those to the places needed to recieve the copies I have no other way to make copies I'm in the Hole and no access to proper copier to make copies so I'm notifying the court of all this as a matter of public record and ask this be put on the docket as a copy of what is transpiring.

Thank you

Robert Rang

12/11/17

Reg. # - 72461-067

Rob Rg

Pg. 1 of 1

Robert Rana

Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

TO: Judge Talwani
1 Courthouse Way
Boston, MA
02210

HARRISBURG PA 171
04 DEC 2017 PM 2 L

USMS SCREENED

12-4-17

Legal